Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 05–48158–GMB
Chapter: 7
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher Bell | Jacklene Bell |
| 451 Fulton Street | 451 Fulton Street |
| Riverton, NJ 08077 | Riverton, NJ 08077 |

Social Security No.:
  xxx–xx–3418                                            xxx–xx–6844

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Barry R. Sharer is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is Closed .

Dated: February 22, 2006              Gloria M. Burns
                                      Judge, United States Bankruptcy Court